**LOUISVILLE TAXICAB & TRANSFER COMPANY, appellant, v. Joseph E. LANE, by His Next Friend, Joseph R. Lane, appellee.**

Court of Appeals of Kentucky.

May 7, 1954.

Robert L. Page, Louisville, for appellant.

Fred J. Karem, Louisville, for appellee.

PER CURIAM.

This case is before us on motion that an appeal be granted, under KRS 21.080, from a judgment for $1,500 in favor of the appellee for an injury sustained by him when his motorcycle struck the door, which had been opened by the passenger, of one of appellant's taxicabs waiting for a red light to change. We conclude that the passenger's testimony justified submission of the case to the jury.

Finding no prejudicial error and less than $2,500 being involved, the motion for an appeal is overruled and the judgment is affirmed.